STATE OF NEW JERSEY, BY BOARD OF COMMERCE AND NAVIGATION, RESPONDENT, v. HUGO BERMANN, APPELLANT.

Submitted May 31, 1946—Decided September 12, 1946.

608

610

For the appellant, *Mark A. Sullivan.*

For the respondent, *Walter D. Van Riper* and *Robert Peacock.*

PER CURIAM.

The judgment under review will be affirmed, for the reasons expressed in the opinion filed in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BODINE, DONGES, HEHER, PERSKIE, COLIE, OLIPHANT, WACHENFELD, WELLS, RAFFERTY, DILL, FREUND, McGEEHAN, McLEAN, JJ. 16.

*For reversal*—None.